TROY LAW, PLLC
John Troy (JT 0481)
41-25 Kissena Boulevard Suite 119
Flushing, NY 11355
Tel: (718) 762-1324
*Attorney for the Plaintiff, proposed FLSA Collective and potential Rule 23 Class*

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
----------------------------------------------------------X
YU ZHANG,
*on his own behalf and on behalf of others similarly situated*

                        Plaintiff,
                      v.

HITO RESTAURANT, INC.
    d/b/a Masago Sushi;
SONG LI,
YUDI "DOE", and
"JOHN" "DOE"

                        Defendants.
----------------------------------------------------------X

Case No: 18-cv-12331

**CONSENT TO SUE**

      By my signature below, I hereby authorize the filing and prosecution of the above-styled Fair Labor Standards Act action under Section 216(b) of the FLSA and agree to act as a representative of others similarly situated and to make decisions on my behalf and on behalf of others similarly situated concerning the litigation, the method and manner of conduction this litigation, and all other matters pertaining to this lawsuit.

_____    _____
Print Name                                    Sign Name

_____   _____   _____
Address                                   Apartment           Telephone

_____   _____@_____   _____
City, State, ZIP Code    Email Address                                 Date