

Under the FLSA and NYLL, taking **<u>adverse actions</u>** (firing and demoting, stalking and harassing) against **Plaintiff(s)** in retaliation for having brought this Complaint is **<u>ILLEGAL</u>** and **<u>PUNISHABLE BY LAW.</u>**

# <u>Consult your attorney.</u>