**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------X
YU ZHANG,

                       Plaintiff,

      -against-

HITO RESTAURANT, INC., SONG LI,
YUDI "DOE," and "JOHN" "DOE",

                     Defendants.
------------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/28/2019

18 **CIVIL** 12331 (KPF)

**DEFAULT JUDGMENT**

It is hereby **ORDERED, ADJUDGED, AND DECREED**, That pursuant to the Court's Order granting application for Default Judgment, Plaintiff is entitled to relief on his claims for back wages, for wage notice and wage statement violations, for liquidated damages, and for attorneys' fees and costs; Plaintiff's damages as follows:

$7,939.29 in unpaid wages under the NYLL, with 9% prejudgment interest accruing from March 9, 2018, in the amount of $1,170.66; $7,939.29 in liquidated damages; $5,000 for Defendant's violation of NYLL § 195(1); and $5,000 for Defendant's violation of NYLL § 195(3); the Court also awards attorneys' fees in the amount of $5,108.00, and costs in the amount of $466.30, Default Judgment is hereby entered in favor of Yu Zhang as against Hito Restaurant, Inc., in the total amount of $32,623.54; if any amounts remain unpaid upon the expiration of ninety days following issuance of judgment, or ninety days after expiration of the time to appeal and no appeal is then pending, whichever is later, the total amount of judgment shall automatically increase by fifteen percent; NYLL § 198(4); finally, the Court awards post-judgment interest pursuant to 28 U.S.C. § 1961; accordingly, this case is closed.

**DATED**: New York, New York
October 28, 2019

                                                     RUBY J. KRAJICK
                                                     Clerk of Court
                                                    By: _____
                                                        Deputy Clerk

THIS DOCUMENT WAS ENTERED
ON THE DOCKET ON  10/28/2019